IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JONES,

    Plaintiff,                                CV F 04 5742 AWI WMW   P

    vs.                                          ORDER

A. K. SCRIBNER, et al.,

    Defendants.

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Scribner, Sheppard-Brooks, Valdez, Mendoza, Terle and Gonzales for deliberate indifference to Plaintiff's health and safety, resulting in inury to Plaintiff, in violation of the Eighth Amendment.

      Plaintiff, currently incarcerated at Lancaster State Prison, brings this action against correctional officials employed by the Department of Corrections at Corcoran State Prison. Plaintiff alleges that each of the defendants were aware of the presence of toxic mold and pigeon derived antigens (from pigeon feces) in the lunch room, and failed to correct the problem. Plaintiff alleges that he was taken to the hospital three times for respiratory problems related to the unsafe conditions in the dining hall. Liberally construed, Plaintiff has stated a claim for relief against the named defendants.

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    A. K. SCRIBNER

    D. SHEPPARD-BROOKS

    CHRIS TERLE

    R. J. GONZALES

    E. VALDEZ

    J. MENDOZA

2. The Clerk of the Court shall send plaintiff six USM-285 forms, six summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed April 25, 2005.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Seven copies of the endorsed first amended complaint filed April 25, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

1
2  IT IS SO ORDERED.
3  **Dated:     August 4, 2006**               **/s/  William M. Wunderlich**
   mmkd34                            UNITED STATES MAGISTRATE JUDGE
4