UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>A. K. SCRIBNER, et al.,<br><br>    Defendants. | 1:04-CV-05742-AWI-WMW-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br>(DOCUMENT #29) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 16, 2006, defendants filed a motion for an extension of time to file a responsive pleading to the complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted thirty days from the date of service of this order in which to file a responsive pleading to the complaint.

IT IS SO ORDERED.

**Dated:   December 1, 2006**                    **/s/  William M. Wunderlich**
j14hj0                                        UNITED STATES MAGISTRATE JUDGE