UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>A. K. SCRIBNER, et al.,<br><br>        Defendants. | 1:04-CV-05742-AWI-WMW-P<br><br>ORDER GRANTING MOTION FOR DISCOVERY<br>(Doc. 46)<br><br>DISCOVERY ORDER<br>SCHEDULING ORDER<br><br>Unenumerated Rule 12(b) Motion Deadline -    05-05-2007<br>Deadline to Amend Pleadings -    09-05-2007<br>Discovery Cut-Off Date -    11-05-2007<br>Dispositive Motion Deadline -    01-07-2008 |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On February 1, 2007, plaintiff filed a motion for an order setting a discovery schedule in this action. By this order, plaintiff's motion is hereby granted.

Defendants[1] have answered the first amended complaint filed on April 25, 2005. Pursuant to Federal Rules of Civil Procedure 1, 16, and 26-36, discovery shall proceed as follows:

1. Discovery requests shall be served by the parties pursuant to Federal Rule of Civil Procedure 5 and Local Rule 5-135, and shall only be filed when required by Local Rules 33-250(c), 34-250(c), and 36-250(c);

---

[1] The body of the Answer does not identify which defendants filed the answer. However, the caption of the Answer indicates that counsel represents defendants Gonzales, Mendoza, Scribner, Sheppard, Terle, and Valdez. Therefore, the court presumes the Answer was filed on behalf of these six named defendants.

  2. Responses to written discovery requests shall be due forty-five (45) days after the request is first served;

  3. To ensure that the responding party has forty-five (45) days after the request is first served to respond, discovery requests must be served at least forty-five (45) days before the discovery deadline;

  4. Pursuant to Federal Rule of Civil Procedure 30(a), defendants may depose plaintiff and any other witness confined in a prison upon condition that, at least fourteen (14) days before such a deposition, defendants serve all parties with the notice required by Federal Rule of Civil Procedure 30(b)(1); and

  5. If disputes arise about the parties' obligations to respond to requests for discovery, the parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of the Federal Rules of Civil Procedure and Rules 11-110, 7-130, 7-131, 5-133, 5-135, 6-136, 43-142, and 78-230(m) of the Local Rules of Practice for the United States District Court, Eastern District of California. Unless otherwise ordered, Local Rule 37-251 shall not apply, and the requirement set forth in Federal Rules of Civil Procedure 26 and 37 that a party seeking relief from the court certify that he or she has in good faith conferred or attempted to confer with the other party or person in an effort to resolve the dispute prior to seeking court action shall not apply. Voluntary compliance with this provision of Rules 26 and 37 is encouraged, however. A discovery motion that does not comply with all applicable rules will be stricken and may result in imposition of sanctions.

  Further:

  6. The parties are advised that the deadline for filing motions to dismiss for failure to exhaust the administrative remedies pursuant to the unenumerated portion of Federal Rule of Civil Procedure 12(b) shall be May 5, 2007;

  7. The deadline for amending the pleadings shall be September 5, 2007;

  8. The parties are advised that the deadline for the completion of all discovery, including filing motions to compel, shall be November 5, 2007;

1  9. The deadline for filing pre-trial dispositive motions shall be January 7, 2008;[2]

2  10. **A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question**; and

4  11. **Extensions of time will only be granted on a showing of good cause.**

IT IS SO ORDERED.

**Dated:   March 5, 2007**              /s/  William M. Wunderlich
j14hj0                                  UNITED STATES MAGISTRATE JUDGE

---

[2] The pre-trial dispositive motion deadline does not apply to the filing of unenumerated Rule 12(b) motions to dismiss for failure to exhaust. Unenumerated Rule 12(b) motions for failure to exhaust must be filed on or before the deadline separately set forth in this order.