IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| CHARLES JONES, | 1:04-cv-05742 LJO WMW (PC) |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR ADMISSIONS** |
| v. | |
| A. K. SCRIBNER, et al., | |
| Defendants. | |

The Court, having considered Defendants' request for an extension of time to respond to fifteen sets of Plaintiff's interrogatories, Requests for Production of Documents, and Requests for Admission propounded on the defendants, and good cause having been found,

IT IS HEREBY ORDERED that Defendants' responses to Plaintiff's interrogatories, Requests for Production of Documents, and Requests for Admissions will be due on November 16, 2007.

IT IS SO ORDERED.

Dated:   September 17, 2007            /s/  William M. Wunderlich
                                       UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1