IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JONES,

       Plaintiff,          CV F 04 5742 LJO WMW P

  vs.                       STIPULATION AND ORDER EXTENDING DEADLINES

                            Discovery Cutoff: 2/5/2008

                            Dispositive Motions Deadline: 4/7/2008

A. K. SCRIBNER, et al.,

       Defendants.

      The parties have stipulated to amend the Court's order granting motion for discovery as follows:

      1.  Plaintiff Charles Jones is an inmate at CSP Corcoran and is proceeding pro se. Plaintiff is asserting a constitutional claim and alleging personal injury relating to exposure to toxic mold and pigeon fecal matter.

      2.  The Court has allowed the lawsuit to proceed against six individual defendants.  Three defendants are employees of the Prison Industry Authority and the other three defendants are employees of the California Department of Corrections and Rehabilitation.

      3.  The former Deputy Attorney General, Barry Alves was unable to attend to this case,

and specifically the discovery due to a family emergency.  New counsel, Deputy Attorney General Tania Colderbanks, has been recently assigned to this case for all of the defendants.

    4.  The discovery cut-off, including the last day to file a motion to compel, that is currently November 5, 2007, be extended ninety days to February 5, 2008.

    5.  The deadline for filing pretrial dispositive motions shall also be extended ninety days, from January 7, 2008 to April 7, 2008. IT IS SO ORDERED.

**Dated:**   **October 1, 2007**              /s/  **William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE