IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CHARLES JONES,**<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**A. K. SCRIBNER, et al.,**<br><br>　　　　　　　　　　Defendants. | 1:04-cv-05742 LJO WMW (PC)<br><br>**ORDER GRANTING DEFENDANTS' THIRD REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR ADMISSIONS**<br><br>(Document #58) |

　　　　The Court, having considered Defendants' request for an extension of time to respond to thirteen sets of Plaintiff's interrogatories, requests for production of documents, and requests for admissions propounded on the defendants, and good cause having been found,

　　　　IT IS ORDERED that Defendants' responses to Plaintiff's interrogatories, requests for production of documents, and requests for admissions will be due on December 17, 2007.

IT IS SO ORDERED.

**Dated:   November 15, 2007**　　　　　　　　　　　　/s/  William M. Wunderlich
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE