IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JONES,

      Plaintiff,          CV F 04 5742 LJO WMW P

  vs.                    ORDER RE MOTION (DOC 60)

A. K. SCRIBNER, et al.,

      Defendants.

     Defendants have filed a motion for an order directing Plaintiff to undergo an independent medical examination by a qualified medical doctor.   Pursuant to Federal Rule of Civil Procedure 35(a), such a motion may be granted upon a showing of good cause.

     Plaintiff filed this action, alleging that he was exposed to dangerous levels of toxic mold and toxic pigeon fecal matter.  Plaintiff alleges that Defendants were deliberately indifferent to his health and safety, and as a result his respiratory system was damaged.   Plaintiff does not contest Defendants' request for an examination.  Plaintiff indicates that he would like the examination to occur at his current place of incarceration.  Defendants note that they are amenable to this request.

     The court finds the request for an independent examination to be supported by good cause.  Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for an order to perform an independent medical examination is granted.

2. Plaintiff shall submit to an independent medical examination by Janet Weiss, M.D., a medical doctor and board-certified toxicologist, on a date to be arranged by the moving party, and no earlier than February 5, 2007.  Defendant will notify Plaintiff in writing ten days in advance of the examination.

IT IS SO ORDERED.

**Dated:   January 14, 2008**             /s/  William M. Wunderlich
                                                                    UNITED STATES MAGISTRATE JUDGE

2