IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JONES,

      Plaintiff,            CV F 04 5742 LJO WMW PC

   vs.                      ORDER EXTENDING DEADLINES

                            Deadline for completion of depositions: 4/7/2008
                            Discovery cut-off for all other discovery: 2/5/2005
                            Dispositive motion deadline: 6/6/2008

A. K. SCRIBNER, et al.,

      Defendants.

     Pursuant to stipulation entered into by the parties, the schedule for this litigation  follows:

     1.  The deadline for completion of all depositions in this matter is extended to April 7, 2008;

     2.  The current February 5, 2008, discovery cut-off shall remain in place for all other discvovery; and

     3.  The deadline for filing pre-trial dispositive motions is extended to June 6, 2008.

IT IS SO ORDERED.

**Dated:   January 30, 2008**                  **/s/  William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE