1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | ALVIN GITTISRIBOONGUL
Supervising Deputy Attorney General
5 | TODD DARROW IRBY, State Bar No. 153485
Deputy Attorney General
6 |   1300 I Street, Suite 125
  P.O. Box 944255
7 |   Sacramento, CA 94244-2550
  Telephone: (916) 445-3035
8 |  Fax: (916) 324-5205
  Email: Todd.Irby@doj.ca.gov

Attorneys for Defendants D. Sheppard, R. Gonzales,
E. Valdez, A. Scribner, C. Terle and J. Mendoza

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CHARLES JONES,** | 1:04-cv-05742 LJO WMW (PC) |
| Plaintiff, | **ORDER RE DEFENDANTS' REQUEST FOR A THIRTY-DAY EXTENSION TO FILE DISPOSITIVE MOTION** |
| v. | |
| **A. K. SCRIBNER, et al.,** | |
| Defendants. | |

Defendants' Request for a thirty-day extension to file a dispositive motion was considered by this Court and, good cause appearing,

IT IS ORDERED that Defendants have a thirty-day extension to file their dispositive motion, up to and including July 7, 2008.

IT IS SO ORDERED.

Dated:   June 6, 2008              /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE

Order Defendants' Request For a Thirty-Day Extension to File Dispositve Motion

1