IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JONES,

        Plaintiff,        CV F 04 5742 LJO WMW PC

    vs.               ORDER RE MOTION (DOC 63)

A. K. SCRIBNER, et al.,

        Defendants.

      Plaintiff has filed a motion seeking to compel discovery responses from counsel for defendant, as well as an individual not a party to this action.  Plaintiff may not serve requests for discovery on counsel for defendants for an individual not named as a party or represented by counsel.  Plaintiff's request should therefore be denied.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to compel filed on December 19, 2007, is denied.

IT IS SO ORDERED.

**Dated:   June 17, 2008**             **/s/  William M. Wunderlich**
                              UNITED STATES MAGISTRATE JUDGE

1