IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JONES,

        Plaintiff,        CV F 04 5742 LJO WMW PC

    vs.                  ORDER RE MOTION (DOC 65)

A. K. SCRIBNER, et al.,

        Defendants.

      Plaintiff has filed a motion requesting a copy of his deposition. Plaintiff filed his motion prior to the taking of the deposition. Should defendants submit the deposition as an exhibit in support of any motion for summary judgment, Plaintiff must be provided notice of those portions of the deposition defendants rely on. The deadline for filing dispositive motions is July 7, 2008. Plaintiff's motion is premature.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a copy of his deposition is denied as premature.

IT IS SO ORDERED.

**Dated:   June 17, 2008**              /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE

1