IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JONES,

      Plaintiff,           CV F 04 5742 LJO WMW PC

  vs.                        ORDER RE MOTION (DOC 74)

A. K. SCRIBNER, et al.,

      Defendants.

     Plaintiff has filed a motion seeking leave to depose a non-party witnesses.  Plaintiff has not, however represented that he is able to bear the full cost of depositions, which would include arranging for and compensating a court reporter, and paying for a transcript of the deposition. Fed. R. Civ. P. 30.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to depose witnesses is denied.

IT IS SO ORDERED.

**Dated:  June 17, 2008**           /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE