IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JONES,

        Plaintiff,        1: 04 CV 5742 LJO WMW PC

  vs.        ORDER RE MOTION (DOC 76)

DEPT. OF CORRECTIONS, et al.,

        Defendants.

    Plaintiff has filed a request seeking leave to depose a non-party witness. Plaintiff has not, however, represented that he is able to bear the full cost of depositions, which would include arranging for and compensating a court reporter, and paying for a transcript of the deposition. Fed. R. Civ. P. 30.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to depose a non-party witness is denied.

IT IS SO ORDERED.

**Dated:**   **January 16, 2009**       /s/ William M. Wunderlich
                                             UNITED STATES MAGISTRATE JUDGE

1