IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JONES,

        Plaintiff,        1: 04 CV 5742 LJO WMW PC

  vs.                       ORDER RE MOTIONS (DOCS 87, 91, 94)

DEPT. OF CORRECTIONS, et al.,

        Defendants.

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

      Plaintiff has filed two motions requesting a pretrial conference. Until such time as the pending motion for summary judgment is resolved, any request for a pretrial conference is moot. These requests should therefore be denied. Plaintiff has also filed a request for a hearing to determine the authenticity of the documents referred to in defendants' objections to the declarations submitted in support of the opposition to the motion for summary judgment. The court finds that the issue can be resolved without a hearing. Plaintiff's request should therefore be denied.

      Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's requests for a pretrial conference are denied as premature.

    2. Plaintiff's request for a hearing regarding his evidence is denied.

IT IS SO ORDERED.

**Dated:   January 16, 2009**          /s/  **William M. Wunderlich**
                                                   UNITED STATES MAGISTRATE JUDGE