IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JONES,

    Plaintiff,                        1: 04 CV 5742 LJO WMW PC

    vs.                                 ORDER RE: FINDINGS & RECOMMENDATIONS (#97)

A. K. SCRIBNER, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On January 30, 2009, findings and recommendations were entered, recommending denial of Defendants' motion for summary judgment. The parties were provided an opportunity to file objections within thirty days. Noobjections to the findings and recommendations have been filed.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 30, 2009, are adopted in full; and

2. This action is remanded to the Magistrate Judge for further prertrial proceedings.

IT IS SO ORDERED.

**Dated:   March 4, 2009**                                          **/s/ Lawrence J. O'Neill**
                                                                                    UNITED STATES DISTRICT JUDGE