IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JONES,

        Plaintiff,        1: 04 CV 5742 LJO WMW PC

    vs.                      **ORDER REFERRING CASE FOR MEDIATION THROUGH PRO SE SETTLEMENT PROGRAM**

A. K. SCRIBNER, et al.,

        Defendants.

Good cause appearing, IT IS HEREBY ORDERED that this matter is hereby referred to the Pro Se Settlement Program for mediation with Magistrate Judge Vadas.

IT IS FURTHER ORDERED that these proceedings are stayed pending the results of the mediation.

IT IS SO ORDERED.

**Dated:   March 16, 2009**                  /s/  William M. Wunderlich
                                            UNITED STATES MAGISTRATE JUDGE