United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES,<br><br>    Plaintiff,<br><br>    v<br><br>A.K. SCRIBNER,<br><br>    Defendants. | Case No C 04-5742 LJO WMW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on May 21, 2009. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Misha Igra

☒ Other: California Department of Corrections and Rehabilitation

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time.

Date: 6/8/09

_____
Nandor J Vadas
United States Magistrate Judge
Sitting by Designation

**United States District Court**
For the Northern District of California

1
2  UNITED STATES DISTRICT COURT
3  NORTHERN DISTRICT OF CALIFORNIA
4
5  Jones                                              No. C 04-5742 LJO WMW
6  v.                                                 CERTIFICATE OF SERVICE
7  Scribner
   _____/
8
9  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

10 That on 6/8/09, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said
11 envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

12
13 **Charles Jones**
   H-89284
14 KERN VALLEY STATE PRISON (5101)
   P.O. BOX 5101
15 DELANO, CA 93216-1501
16
17                                             RICHARD W. WIEKING, CLERK
18
19                                             By:/s/_____
20                                                      Deputy Clerk

3