IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JONES,

      Plaintiff,               1: 04 CV 05742 LJO YNP SMS (PC)

  vs.                            ORDER RE MOTION (DOC 109)

A. K. SCRIBNER, et al.,

      Defendants.

    Defendants have submitted a request that this matter be referred to the Pro Se Settlement Program for further mediation before Magistrate Judge Vadas. Defendants also request a stay of this action pending mediation proceedings.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. This matter is referred to the Pro Se Settlement Program for further mediation with Magistrate Judge Vadas.

    2. This matter is stayed pending the results of mediation.

    3. The parties order ordered to submit, within ninety days of the date of service of this order, a status report regarding the progress of mediation efforts.

 IT IS SO ORDERED.

**Dated:   October 6, 2009**                /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE