IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JONES,

          Plaintiff,               1: 04 CV 05742 LJO YNP SMS (PC)

    vs.                       ORDER

A. K. SCRIBNER, et al.,

          Defendants.

      Defendants have filed a request for mediation reassignment.  Good cause appearing, IT IS HEREBY ORDERED that the October 7, 2009, order is modified to reflect that this matter is referred to Magistrate Judge Carter for further mediation.  All other provisions of the Court's October 7, 2009, order remain unchanged and in effect.

IT IS SO ORDERED.

**Dated:   November 17, 2009**             **_/s/ Lawrence J. O'Neill_**
                               UNITED STATES DISTRICT JUDGE