# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. K. SCRIBNER, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:04-cv-05742-LJO-SKO PC<br><br>ORDER TO SUBMIT STATUS REPORT |

　　　This matter involves a claim by Plaintiff against Defendants under 42 U.S.C. § 1983 for the alleged violation of Plaintiff's constitutional rights. This action has been stayed pending the results of mediation. On January 6, 2010, Defendants submitted a status report to the Court. (Doc. #113.) Defendants informed the Court that this case was scheduled for mediation before Magistrate Judge Vadas on May 21, 2009. However, the mediation was cancelled when Plaintiff informed Magistrate Judge Vadas that he had retained council, who was not present or available to participate in the mediation.

　　　The parties were thereafter referred to Magistrate Judge Carter for further mediation. Defendants informed the Court that Magistrate Judge Carter would be available to conduct the mediation in January and February 2010. Neither party has informed the Court of whether they appeared before Magistrate Judge Carter for mediation or the results of any mediation.

　　　Accordingly, it is HEREBY ORDERED that the parties submit, within thirty (30) days of the date of service of this order, a status report regarding the progress of mediation efforts.

IT IS SO ORDERED.

**Dated:　　June 25, 2010**　　　　　　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1