# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES, | CASE NO. 1:04-cv-05742-LJO-SKO PC |
| Plaintiff, | ORDER |
| v. | Telephonic Trial Setting Conference: September 14, 2010, at 8:30 a.m. in Courtroom 4 (LJO) |
| R.J. GONZALES, et al., | |
| Defendants. | |

On March 16, 2009, this case was stayed and referred to the Pro Se Settlement Program for mediation. On June 28, 2010, the Court ordered the parties to submit status reports regarding the progress of mediation. On July 23, 2010, Defendants submitted a status report indicating that mediation could not take place because the California Legislature has not adopted a state budget. Defendants indicated that mediation was not possible because in the absence of a state budget Defendants' counsel does not have authorization to travel to Fresno for mediation and does not have authority to settle this case.

The Court will not allow this action to be held hostage by the budget process. Accordingly, the Court will schedule a telephonic conference for the purpose of setting a trial date for this action. The parties may continue to mediate this case, but a trial date will be set regardless of whether or not a budget exists.

The Court also notes that Defendants indicated in their status report that they intend to seek leave to file a dispositive motion in the event that mediation fails. The Court notes that the deadline

///

for filing dispositive motions has long passed, and with it, Defendants' opportunity to resolve this case via a dispositive motion.

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk is directed to lift the stay in this action;
2. A Telephonic Trial Setting Conference shall be held before the Honorable Lawrence J. O'Neill on **September 14, 2010, at 8:30 a.m** in Courtroom 4; and
3. Counsel for Defendants shall be required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5680**.

IT IS SO ORDERED.

**Dated:   August 24, 2010**               /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE