# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES, | CASE NO. 1:04-cv-05742-LJO-SKO PC |
| Plaintiff, | ORDER DENYING MOTIONS |
| v. | (Docs. 101, 105) |
| R.J. GONZALES, et al., | |
| Defendants. | |

This action is brought by plaintiff Charles Jones ("Plaintiff") pursuant to 42 U.S.C. § 1983. The action was stayed on March 16, 2009, when the parties were referred to a Pro Se Settlement Program for mediation. The stay was lifted on August 25, 2010, after settlement attempts were unsuccessful.

While the case was stayed, Plaintiff filed two motions. On March 18, 2009, Plaintiff filed a request for blank subpoena forms to summon witnesses to court. Plaintiff is advised that the Court will not issue blank subpoena forms to obtain the attendance of witnesses at trial. Plaintiff's motion will be denied.

On May 1, 2009, Plaintiff filed a motion requesting the Court to not transfer Plaintiff to the California State Prison in Solano, California. Plaintiff's motion appears to be an opposition to Defendants' April 15, 2009 request for a transfer order to transfer Plaintiff to Solano to attend a settlement conference. The Court granted Defendants' request on April 20, 2009 by issuing a writ of habeas corpus ad testificandum to transport Plaintiff to Solano. Since the settlement conference has already occurred and Plaintiff was presumably transferred to Solano pursuant to the writ of

1

1 habeas corpus ad testificandum, the issue appears to be moot.  Plaintiff's motion will be denied.

2      Accordingly, it is HEREBY ORDERED that Plaintiff's motions, filed on March 18, 2009
3 and May 1, 2009, are DENIED.

5 IT IS SO ORDERED.

6 **Dated:   September 13, 2010**　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE