# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>R.J. GONZALES, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:04-cv-05742-LJO-SKO PC<br><br>**ORDER**<br><br>**ORDER REQUIRING DEFENDANTS TO NOTIFY COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE JURISDICTION WITHIN THIRTY DAYS**<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SEND CONSENT FORMS TO DEFENDANTS**<br><br>Telephonic Trial Confirmation<br>Hearing:   December 7, 2010, at 9:00 a.m.<br>                Courtroom 4 (LJO) |

This action is brought by plaintiff Charles Jones ("Plaintiff") pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint, filed April 25, 2005, against defendants R.J. Gonzales, J. Mendoza, A.K. Scribner, D. Sheppard-Brooks, Chris Terle, and E. Valdez ("Defendants") for deliberate indifference toward an excessive risk to Plaintiff's health in violation of the Eighth Amendment. (Doc. #23.) The deadline for filing pretrial dispositive motions was July 7, 2008. (Doc. #80.) Defendants filed a motion for summary judgment on July 7, 2008 that was denied on March 4, 2009. (Docs. #85, 98.)

     A telephonic trial setting conference shall be held before the Honorable Lawrence J. O'Neill on **December 7, 2010 at 9:00 a.m. in Courtroom 4.** The parties shall arrange a conference call for the trial setting conference. Once all the parties are on the line, they shall call the chambers of the Honorable Lawrence J. O'Neill at (559) 499-5680.

1    The parties are required to file a joint pre-trial statement in accordance with Local Rule
2 281(a)(2). The joint pre-trial statement shall be filed no later than November 30, 2010. In addition
3 to the matters already required to be addressed in the pre-trial statement in accordance with Local
4 Rule 281, Plaintiff will be required to make a particularized showing in order to obtain the
5 attendance of incarcerated witnesses. If Plaintiff intends to introduce the testimony of incarcerated
6 witnesses, he must serve and file a written motion for a court order requiring that such witnesses be
7 brought to court at the time of trial. Such motions shall be filed <u>no later than November 16, 2010</u>.
8 This Court will not issue such an order unless it is satisfied that the prospective witness has actual
9 knowledge of relevant facts.

10    Finally, the court shall direct the Clerk's Office to provide the Defendants with
11 consent/decline forms. Within thirty (30) days from the date of service of this order, Defendants
12 shall inform the court whether they consent to or decline Magistrate Judge jurisdiction by filling out
13 the forms and returning them to the court.

14    Accordingly, the court HEREBY ORDERS as follows:

15  1. This matter is set for a telephonic trial confirmation hearing before the Honorable
16     Lawrence J. O'Neill on **December 7, 2010, at 9:00 a.m.** in Courtroom 4 at **(559)**
17     **499-5680**;

18  2. The trial date for this matter will be determined at the December 7, 2010 telephonic
19     trial confirmation hearing;

20  3. The parties shall serve and file a joint pretrial statement no later than **November 30,**
21     **2010**;

22  4. In addition to electronically filing their pretrial statement, the parties shall e-mail the
23     pretrial statement to: ljoorders@caed.uscourts.gov;

24  5. Any motion for the attendance of incarcerated witnesses shall be filed on or before
25     **November 16, 2010**;

26  6. The opposition to the motion for the attendance of incarcerated witnesses, if any,
27     shall be filed on or before **November 30, 2010**;

28  7. The Clerk's Office shall send Defendants forms for consenting to or declining

Magistrate Judge jurisdiction; and

8. Within **thirty (30) days** from the date of service of this order, Defendants shall notify the court whether they consent to or decline Magistrate Judge jurisdiction by completing the forms and returning them to the court.

IT IS SO ORDERED.

**Dated:   September 10, 2010**                    /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE