# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES, | CASE NO. 1:04-cv-5742-LJO-SKO-PC |
|     Plaintiff, | ORDER |
|     v. | |
| R.J. GONZALES, et al., | |
|     Defendants. | |
| _____/ | |

      Plaintiff is a prisoner proceeding through counsel with an action under 42 U.S.C. §1983. This case will be referred to Magistrate Judge Michael J. Seng to conduct a settlement conference on October 4, 2010 at 1:30 p.m. at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721.

      A separate order and writ of habeas corpus ad testificandum will issue with this order.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. This case is set for a settlement conference before Magistrate Judge Michael J. Seng on October 4, 2010, at 1:30 p.m. at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721.

      2. The parties shall appear with full settlement authority.

      3. The parties are to send confidential settlement conference statements to the following email address: mjsorders@caed.uscourts.gov, to arrive no later than September 24, 2010. Additionally, each party shall file a Notice of Submission of Confidential Settlement

1

1 Conference Statement (See L.R. 270 (d)).

2     Settlement conference statements must be typed, double spaced, and **no longer than five**
3 **pages in length**.  Each statement should **briefly** summarize the core facts, allegations, defenses,
4 and **briefly** outline past settlement efforts including the most recent offers and/or demands.  Each
5 settlement statement must also include a statement of each party's expectations and goals for the
6 settlement conference.

8 IT IS SO ORDERED.

9 **Dated:   September 13, 2010**            /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE