# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

CHARLES JONES,

        Plaintiff,                    CASE NO. 1:04-cv-5742-LJO-SKO-PC

    v.

R.J. GONZALES, et al.,

                                   **ORDER & WRIT OF HABEAS CORPUS**
        Defendants.             **AD TESTIFICANDUM**

        Charles Jones, inmate # H-89284, a necessary and material witness in proceedings in this case on October 4, 2010, is confined in Kern Valley State Prison, 3000 West Cecil Avenue, Delano, CA 93216, in the custody of the Warden. To secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Michael J. Seng at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721, on Monday, October 4, 2010 at 1:30 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Michael J. Seng; and

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Kern Valley State Prison, P. O. Box 6000, Delano, California 93216:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Seng at the time and place above, until completion of the settlement conference or as ordered by Judge Seng; and thereafter return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

**Dated:   September 13, 2010**                  /s/ Sheila K. Oberto
                                                      UNITED STATES MAGISTRATE JUDGE