# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES, | CASE NO. 1:04-cv-05742-LJO-SKO PC |
| Plaintiff, | ORDER VACATING PRIOR ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| R.J. GONZALES, et al., | (Doc. 127) |
| Defendants. | |

Plaintiff Charles Jones ("Plaintiff") is a state prisoner in this civil rights action pursuant to 42 U.S.C. § 1983. On September 14, 2010, the Court issued an order and writ of habeas corpus ad testificandum to secure Plaintiff's attendance at a settlement conference before Magistrate Judge Michael J. Seng at the U.S. District Court in Fresno, California. The writ of habeas corpus ad testificandum erroneously indicated that Plaintiff was incarcerated at Kern Valley State Prison in Delano, California. After attempting to contact the authorities at Kern Valley State Prison, the Court was informed that Plaintiff had been transferred to Salinas Valley State Prison in Soledad, California. Accordingly, the Court will vacate the previous order and writ of habeas corpus ad testificandum and issue a new order and writ directed to the authorities at Salinas Valley State Prison.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Court's September 14, 2010 order and writ of habeas corpus ad testificandum is VACATED; and

2. An amended order and writ of habeas corpus ad testificandum will issue in conjunction with this order.

IT IS SO ORDERED.

**Dated:    September 15, 2010**              /s/ Sheila K. Oberto
                                               UNITED STATES MAGISTRATE JUDGE