# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES,<br><br>           Plaintiff,<br><br>     v.<br><br>R.J. GONZALES, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:04-cv-05742-LJO-SKO PC<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE ISSUED FOR FAILING TO FILE A JOINT PRETRIAL STATEMENT<br><br>RESPONSE DUE BY DECEMBER 6, 2010 AT 10:00 a.m. |

This action is scheduled for a telephonic trial confirmation hearing on December 7, 2010 at 9:00 a.m. On September 13, 2010, the Court issued an order scheduling the telephonic trial confirmation hearing and ordering the parties to submit a joint pretrial statement no later than November 30, 2010. (Doc. #123.) The parties have failed to submit a join pretrial statement.

Accordingly, it is HEREBY ORDERED that:

1. The parties shall submit their joint pre-trial statement by **Monday, December 6, 2010 at 10:00 a.m.**; and

2. The parties are ordered to SHOW CAUSE by **Monday, December 6, 2010 at 10:00 a.m.** why sanctions should not issue for the failure to obey the September 13, 2010 court order.

Plaintiff's counsel should understand that an available sanction is dismissal. Defense counsel should understand that an available sanction is a serious monetary assessment.

IT IS SO ORDERED.

**Dated:   December 2, 2010**                    **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE

1