# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES, | CASE NO. 1:04-cv-05742-LJO-SKO PC |
| Plaintiff, | ORDER ACKNOWLEDGING NOTICE OF SETTLEMENT |
| v. | |
| R.J. GONZALES, et al., | |
| Defendants. | |

On December 2, 2010, the Court ordered the parties to show cause why sanctions should not be issued for their failure to file a joint pretrial statement. On December 3, 2010, plaintiff's counsel filed a Notice of Settlement indicating that settlement had been reached in this case. (Doc. #135.)

Based on the foregoing, it is HEREBY ORDERED that:

1. The December 2, 2010 order to show cause is DISCHARGED;

2. Pursuant to Local Rule 160, the parties shall file appropriate papers to dismiss or conclude this action in its entirety **no later than December 23, 2010**; and

3. All pending dates and matters, including the December 7, 2010 trial confirmation hearing, are VACATED.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. See Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:   December 3, 2010**           /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1