1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9    CHARLES JONES,                                        CASE NO. 1:04-cv-05742-LJO-SKO PC

10                          Plaintiff,                     ORDER DISREGARDING STIPULATION

11         v.                                              (Doc. 137)

12    R.J. GONZALES, et al.,

13                          Defendants.

                                                        /

14

15         Plaintiff Charles Jones ("Plaintiff") is a state prisoner in this civil rights action pursuant to

16    42 U.S.C. § 1983.  On December 23, 2010, the Court received a "Stipulation for Voluntary

17    Dismissal With Prejudice" from Plaintiff's attorney.  (Doc. #137.)  However, the stipulation is not

18    signed by any of the parties.  The stipulation is signed by Plaintiff's counsel and by attorneys

19    purportedly representing some of the defendants.[1]

20         Federal Rule of Civil Procedure 41(a)(1)(A)(ii) permits the Plaintiff to voluntarily dismiss

21    an action by filing "a stipulation of dismissal signed by all parties who have appeared."  The

22    stipulation filed by Plaintiff is not signed by any of the parties or by any attorney representing

23    Defendant A.K. Scribner or Defendant D. Sheppard-Brooks.

24

25         [1]The stipulation is signed by Kaye Bassett, identified as "Attorney for "CDCR" and Jeff Sly, identified as
26    "Attorney for PIA, Defendants Gonzales, Valdez, Terle and Mendoza."  Neither attorney is the attorney of record for
      any defendant in this lawsuit.  Defendants are represented by Misha D. Igra from the California Office of the
27    Attorney General.  Presumably, the attorneys who signed the stipulation are affiliated with the California Office of
      the Attorney General and are participating in this action pursuant to Local Rule 182(b), though there is no indication
28    they are employed by the Office of the Attorney General.  Notably, the signatures do not indicate that either attorney
      represents Defendant A.K. Scribner or Defendant D. Sheppard-Brooks.

1

1    Accordingly, the Court will disregard the stipulation and order the parties to prepare and file

2  a proper stipulation **within fourteen (14) days of the date of service of this order**.  The stipulation

3  must be **signed by all parties**.  The failure to file a stipulation within fourteen (14) days may result

4  in the imposition of sanctions.

5    Accordingly, the parties are HEREBY ORDERED to file the necessary papers to dismiss or

6  conclude this action in its entirety within fourteen (14) days of the date of service of this order.

7

8  IT IS SO ORDERED.

9  **Dated:    December 27, 2010**                        **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28