# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES, | CASE NO. 1:04-cv-05742-LJO-SKO PC |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND DISMISSING ACTION |
| v. | |
| R.J. GONZALES, et al., | |
| Defendants. | |

On January 14, 2011, the Court ordered the parties to show cause why sanctions should not issue for their failure to obey a court order. The parties submitted declarations on January 19, 2011 and appeared at a telephonic show cause hearing on January 20, 2011. Based on the declarations and the hearing, the Court will discharge the order to show cause.

The parties filed a stipulation for dismissal on January 19, 2011. The Court will dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Based on the foregoing, it is HEREBY ORDERED that:

1. The January 14, 2011 order to show cause is DISCHARGED; and
2. This action is DISMISSED, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation.

IT IS SO ORDERED.

**Dated:   January 20, 2011**              /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1